```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TWENTIETH CENTURY FOX FILM CORPORATION,    :
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,   :
PARAMOUNT PICTURES CORPORATION,            :
DISNEY ENTERPRISES, INC.,                  :
CBS BROADCASTING INC.,                     :
AMERICAN BROADCASTING COMPANIES, INC.      :
and NBC STUDIOS, INC.,                     :
                                           :
         Plaintiffs/Counterclaim-Defendants,:   06 Civ. 3990 (DC)
                                           :
                v.                         :
                                           :
CABLEVISION SYSTEMS CORPORATION            :
and CSC HOLDINGS, INC.,                    :
                                           :
         Defendants/Counterclaim-Plaintiffs.:
-----------------------------------------------------------------X
```

## REPLY DECLARATION OF ELEANOR M. LACKMAN

ELEANOR M. LACKMAN declares as follows:

1. I am an attorney admitted to practice before this Court. I am associated with Arnold & Porter LLP, counsel for plaintiffs/counterclaim-defendants Twentieth Century Fox Film Corporation, Universal City Studios LLLP, Paramount Pictures Corporation, Disney Enterprises, Inc., CBS Broadcasting Inc., American Broadcasting Companies, Inc. and NBC Studios, Inc. ("Plaintiffs") in the above-captioned matter. I submit this reply declaration in further support of Plaintiffs' Motion for Summary Judgment.

2. A true and correct copy of relevant portions of the *DMCA Section 104 Report*, issued by the U.S. Copyright Office in August 2001, available at http://www.copyright.gov/reports/studies/dmca/sec-104-report-vol-1.pdf (last visited Oct. 4, 2006), is attached hereto as Exhibit A.

3. A true and correct copy of the Brief for Petitioners in *New York Times Co., Inc., et al. v. Tasini, et al.*, No. 00-201, dated January 5, 2001, is attached hereto as Exhibit B.

4. A true and correct copy of the Brief for Respondents Tasini, Blakely, Mifflin & Whitford in *New York Times Co., Inc., et al. v. Tasini, et al.*, No. 00-201, dated February 20, 2001, is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: New York, New York
October 6, 2006

_____
ELEANOR M. LACKMAN