UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TWENTIETH CENTURY FOX FILM            :
CORPORATION, et al.,                  :
                                      :
                Plaintiffs,            :   06 Civ. 3990 (DC)
                                      :   ECF Case
        v.                            :
                                      :
CABLEVISION SYSTEMS CORPORATION, et al.,  :  **NOTICE OF APPEAL**
                                      :
                Defendants.            :   **BY CABLEVISION SYSTEMS**
------------------------------------------------------------ X   **CORPORATION AND**
CABLEVISION SYSTEMS CORPORATION, et al.,  :  **CSC HOLDINGS, INC.**
                                      :
                Counterclaim-Plaintiffs,  :
                                      :
        v.                            :
                                      :
TWENTIETH CENTURY FOX FILM            :
CORPORATION, et al.,                  :
                                      :
                Counterclaim-Defendants.  :
------------------------------------------------------------ X

[FILED U.S.D.C. APR 1 0 2007 S.D.N.Y.]

Notice is hereby given that Cablevision Systems Corporation and CSC Holdings, Inc. (collectively, "Cablevision"), defendants and counterclaim-plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 4th day of April, 2007.

Pursuant to Local Civil Rule 83.8, Cablevision states that the names of all parties to the judgment and the names and addresses of their respective attorneys of record are as follows:

1

| | | |
|---|---|---|
| **Plaintiffs**<br>Twentieth Century Fox Film Corporation<br>Universal City Studios Production LLLP<br>Paramount Pictures Corporation<br>Disney Enterprises, Inc.<br>CBS Broadcasting Inc.<br>American Broadcasting Companies, Inc.<br>NBC Studios, Inc. | represented by | Peter L. Zimroth<br>Eleanor Martine Lackman<br>Arnold & Porter LLP<br>399 Park Avenue<br>New York, NY 10022-4690<br><br>Robert Alan Garrett<br>Hadrian Ronald Katz<br>Arnold & Porter LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004 |
| **Defendants**<br>CSC Holdings, Inc.<br>Cablevision Systems Corporation | represented by | John C. Englander<br>J. Anthony Downs<br>R. David Hosp<br>Robert Donald Carroll<br>Goodwin Procter LLP<br>Exchange Place<br>Boston, MA 02109<br><br>Benjamin Hershkowitz<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>Timothy A. Macht<br>Law Offices of<br>    Timothy A. Macht<br>99 Hudson Street, 8th Floor<br>New York, NY 10013 |
| **Counterclaim Plaintiffs**<br>CSC Holdings, Inc.<br>Cablevision Systems Corporation | represented by | John C. Englander<br>J. Anthony Downs<br>R. David Hosp<br>Robert Donald Carroll<br>Benjamin Hershkowitz<br>Timothy A. Macht<br>(see above for addresses) |

| | | |
|---|---|---|
| **Counterclaim Defendants**<br>CBS Broadcasting Inc.<br>American Broadcasting Companies, Inc.<br>NBC Studios, Inc.<br>Twentieth Century Fox Film Corporation<br>Universal City Studios Production LLLP<br>Paramount Pictures Corporation<br>Disney Enterprises, Inc. | represented by | Eleanor Martine Lackman<br>Peter L. Zimroth<br>Hadrian Ronald Katz<br>Robert Alan Garrett<br>(see above for addresses) |

Respectfully submitted,

Dated: April 10, 2007
      New York, New York

Cablevision Systems Corporation and
CSC Holdings, Inc.

By their attorneys,

*/s/ Benjamin Hershkowitz*

Benjamin Hershkowitz (BH 7256)
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800
Fax: (212) 355-3333

—and—

John C. Englander (admitted *pro hac vice*)
J. Anthony Downs (admitted *pro hac vice*)
R. David Hosp (admitted *pro hac vice*)
Robert D. Carroll (RC 1028)
Goodwin, Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
Fax: (617) 523-1231

LIBA/1780790.1

3